# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3113

_____

| | |
|---|---|
| Stacey L. Ottaway, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Missouri. |
| AMR Corp.; American Airlines, Inc., | * |
| a "Subsidiary" thereof doing business | * [UNPUBLISHED] |
| as American Airlines Flexible Benefits | * |
| Plan, | * |
| | * |
| Appellees. | * |

_____

Submitted:  January 28, 1999
Filed: February 5, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Stacey L. Ottaway appeals from the district court's[1] order granting summary judgment to defendants in this action under the Employee Retirement Income Security Act of 1974.  Upon a careful review of the record and the parties' briefs, we conclude

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

that summary judgment was appropriate for the reasons the district court stated. Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.